UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 9, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-_____ |
| | : | |
| v. | : | |
| | : | |
| ALEXIS JAMES ANDREAS TAMBERG, | : | VIOLATIONS |
| Defendant | : | |
| | : | 18 U.S.C. § 871 (Threats Against |
| | : | the President) |
| | : | |
| | : | 18 U.S.C. § 875(c) (Transmitting Threats |
| | : | in Interstate Commerce) |

**INDICTMENT**

Case: 1:19-cr-000138
Assigned To : Judge Tanya S. Chutkan
Assign. Date : 04/24/2019
Description: INDICTMENT (B)

The Grand Jury charges that:

**COUNT ONE**

On or about April 17, 2019, in the District of Columbia and elsewhere, defendant ALEXIS JAMES ANDREAS TAMBERG did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, Donald J. Trump, by posting messages on TAMBERG's public social media page stating:

- MAKE AMERICA GREAT AGAIN KILL DONALD TRUMP
- Donald J. Trump I AM GOING TO KILL YOU FOR MY FLAG. COME AND GET ME YOU COWARD.
- I WILL KILL Donald J. Trump
- I WILL KILL Donald J. Trump YES WE CAN.
- KILL FOR GAIN. SHOOT TO MAIM. WE DON'T NEED A REASON TO WAR AGAIN.
- I WILL BREAK THEM. SEEK VENGEANCE FOR MY BROTHER.

(**Threats Against the President**, in violation of Title 18, United States Code, Section 871)

## COUNT TWO

On or about April 17, 2019, in the District of Columbia and elsewhere, defendant ALEXIS JAMES ANDREAS TAMBERG knowingly did transmit in interstate commerce, that is, through postings on social media, a communication containing a threat to injure the person of another, namely, President Donald J. Trump, as set forth in Count One of this Indictment.

(**Transmitting Threats in Interstate Commerce**, in violation of Title 18, United States Code, Section 875(c))

A TRUE BILL

FOREPERSON

*Jessie K. Liu /SM/*

Attorney for the United States in and for
the District of Columbia