AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CR:19-138

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alexis James Andreas Tamberg | ) | Case No. 19-104M-01 |
| | ) | |
| Defendant | ) | |

**FILED**
APR 2 2 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Alexis James Andreas Tamberg,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. Section 871 (threatening to kill or injure the President of the United States)
  18 U.S.C. Section 875(c) (threats in interstate communications)

Date: 04/22/2019

_____
*Issuing officer's signature*

City and state:   Washington, DC

Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 4-22-19, and the person was arrested on (date) 4-22-19 received, arrested 4-19-19
at (city and state) Washington, D.C.

Date: 4-22-19

_____
*Arresting officer's signature*

DUSM Ferguson, Sabrina
*Printed name and title*