IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 1 9 2019
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA,

v.   Case No.: 1:19-cr-00138 (TSC)

ALEXIS TAMBERG,
  Defendant

### ORDER TO DISCLOSE GRAND JURY TESTIMONY

For the reasons stated in the Government's *Motion for an Order to Release Grand Jury Testimony*, and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the Government is hereby authorized to release testimony and evidence from the grand jury which indicted the defendant to the defendant and his counsel in so far as such disclosure is necessary for the government to comply with its discovery obligations.

SO ORDERED this 16th day of August, 2019.

_____
THE HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE

3