UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No. 1:19-cr-00138 (TSC) |
| ALEXIS TAMBERG, | : |
| | : |
| Defendant. | : |

## STATEMENT OF OFFENSE

FILED
MAR 1 2 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, defendant Alexis Tamberg ("Tamberg") agrees and stipulates as follows:

On or about April 17, 2019, Tamberg made threats to kill the President of the United States (POTUS), Donald J. Trump, who resides at 1600 Pennsylvania Avenue, N.W. Washington, D.C. Tamberg made the threats in messages posted on his public Facebook page under his own name. The threats included the following:

- I WILL KILL DONALD J. TRUMP;

- MAKE AMERICA GREAT AGAIN. KILL DONALD TRUMP. YES WE CAN.;

- Donald J. Trump I AM GOING TO KILL YOU FOR MY FLAG. COME AND GET ME YOU COWARD;

- I WILL BREAK THEM SEEK VENGEANCE FOR MY BROTHER;

- Donald J. Trump Alexandria Ocasio-Cortez your fates are one in the same;

- KILL FOR GAIN. SHOOT TO MAIM. WE DON'T NEED A REASON TO WAR AGAIN…;

- Welcome Alexandria Ocasio-Cortez. There's room in MAGA meat grinder for you too. Barack Obama allows it. STOP BEING SMART-GIRL-TRUMP. I FUCKING HATE YOU FOR COMPROMISING US. CLIMATE CHANGE LEGISLATION IS A JOKE THANKS TO YOUR STUPID RGB COSTUME. Alexandria Ocasio-Cortez lets go bitch, im not afraid of you. I've already threatened the lives of Obama, Clinton and Trump. THE FEDS AIN'T

1

COMING. THEY HAVEN'T FOR YEARS. GET THE FUCK OFF OF INSTAGRAM YOU STUPID CUNT.

When questioned by U.S. Secret Service Special Agents later on April 17, 2019 about the threats made online, Tamberg admitted that he posted them to his Facebook account from his tablet and computer. Tamberg was in his home in Alexandria, Virginia at the time he posted the threats to his Facebook account. Tamberg also told agents that he hates POTUS Trump and wants to see him killed by either former President Obama (FPOTUS) or the "deep state." Tamberg advised that he hates POTUS Trump because he's racist and targets Obama's birth certificate. Tamberg admitted that he posts to Facebook when he becomes angry at the news he hears on TV and online.

When asked if he knew that his threats would be taken seriously, Tamberg stated that he intended for them to be taken seriously and knew he had to post them online so they would be taken seriously. Tamberg also acknowledged that he knew the consequences of making the threats, knew authorities would see them because he believes he is being watched by Russians and Nazis, and that he meant what he said.

----- *The remainder of the page intentionally left blank.* -----

I have read this Statement of Offense and carefully reviewed every part of it with my attorney, Kevin J. McCants. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: 3/12/20

_____
Alexis Tamberg
Defendant

I have read this Statement of Facts and carefully reviewed it with my client and discussed it fully. I concur in my client's agreement with, and acceptance of, this Statement of Facts

Date: 3/12/20

_____
Kevin J. McCants
Attorney for the Defendant

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:19-cr-00138 (TSC) |
| ALEXIS TAMBERG, | : | |
| | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

*FILED MAR 1 2 2020 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia*

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, defendant Alexis Tamberg ("Tamberg") agrees and stipulates as follows:

On or about April 17, 2019, Tamberg made threats to kill the President of the United States (POTUS), Donald J. Trump, who resides at 1600 Pennsylvania Avenue, N.W. Washington, D.C. Tamberg made the threats in messages posted on his public Facebook page under his own name. The threats included the following:

- I WILL KILL DONALD J. TRUMP;

- MAKE AMERICA GREAT AGAIN. KILL DONALD TRUMP. YES WE CAN.;

- Donald J. Trump I AM GOING TO KILL YOU FOR MY FLAG. COME AND GET ME YOU COWARD;

- I WILL BREAK THEM SEEK VENGEANCE FOR MY BROTHER;

- Donald J. Trump Alexandria Ocasio-Cortez your fates are one in the same;

- KILL FOR GAIN. SHOOT TO MAIM. WE DON'T NEED A REASON TO WAR AGAIN…;

- Welcome Alexandria Ocasio-Cortez. There's room in MAGA meat grinder for you too. Barack Obama allows it. STOP BEING SMART-GIRL-TRUMP. I FUCKING HATE YOU FOR COMPROMISING US. CLIMATE CHANGE LEGISLATION IS A JOKE THANKS TO YOUR STUPID RGB COSTUME. Alexandria Ocasio-Cortez lets go bitch, im not afraid of you. I've already threatened the lives of Obama, Clinton and Trump. THE FEDS AIN'T

2

COMING. THEY HAVEN'T FOR YEARS. GET THE FUCK OFF OF INSTAGRAM YOU STUPID CUNT.

When questioned by U.S. Secret Service Special Agents later on April 17, 2019 about the threats made online, Tamberg admitted that he posted them to his Facebook account from his tablet and computer. Tamberg was in his home in Alexandria, Virginia at the time he posted the threats to his Facebook account. Tamberg also told agents that he hates POTUS Trump and wants to see him killed by either former President Obama (FPOTUS) or the "deep state." Tamberg advised that he hates POTUS Trump because he's racist and targets Obama's birth certificate. Tamberg admitted that he posts to Facebook when he becomes angry at the news he hears on TV and online.

When asked if he knew that his threats would be taken seriously, Tamberg stated that he intended for them to be taken seriously and knew he had to post them online so they would be taken seriously. Tamberg also acknowledged that he knew the consequences of making the threats, knew authorities would see them because he believes he is being watched by Russians and Nazis, and that he meant what he said.

----- *The remainder of the page intentionally left blank.* -----

2

I have read this Statement of Offense and carefully reviewed every part of it with my attorney, Kevin J. McCants. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: 3/12/20

_____
Alexis Tamberg
Defendant

I have read this Statement of Facts and carefully reviewed it with my client and discussed it fully. I concur in my client's agreement with, and acceptance of, this Statement of Facts

Date: 3/12/20

_____
Kevin J. McCants
Attorney for the Defendant